UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANGELA GIVHAN                                                                                       PLAINTIFF

V.                                              CIVIL ACTION NO. 3:22-CV-509-KHJ-MTP

JACKSON PUBLIC SCHOOL DISTRICT                                           DEFENDANT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant. Plaintiff's claims are dismissed with prejudice. This case is closed.

SO ORDERED, this the 18th day of August, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE